# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 18-0850V
Filed: July 26, 2019
UNPUBLISHED

| | |
|---|---|
| MICHELLE DANIELS,<br><br>                  Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                  Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Guillain-<br>Barre Syndrome (GBS) |

*John Robert Howie*, Howie Law, PC, Dallas, TX, for petitioner.
*Mollie Danielle Gorney*, U.S. Department of Justice, Washington, DC, for respondent.

### DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On June 14, 2018, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered Guillain-Barré Syndrome (GBS) caused by the influenza vaccination she received on October 4, 2017.[3] Petition at 1, ¶¶ 1, 32. She asserts that her injury meets the definition of a Table Injury, GBS after receipt of the influenza vaccination. *Id.* at ¶ 32; *see* 42 C.F.R. § 100.3(a)(XIV)(D). The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 21, 2019, a ruling on entitlement was issued, finding petitioner entitled to compensation for her GBS. On July 26, 2019, respondent filed a proffer on award of

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.

[3] Petitioner also received the tetanus, diphtheria, and acellular pertussis ("Tdap") vaccination on October 4, 2017. Petition at ¶ 1; *see* Exhibit 2.

compensation ("Proffer") indicating petitioner should be awarded $107,222.40, representing $100,000.00 for petitioner's pain and suffering and $7,222.40 for petitioner's actual unreimbursable expenses. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. *Id.* Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>107,222.40</u>, representing $100,000.00 for petitioner's pain and suffering and $7,222.40 for petitioner's actual unreimbursable expenses in the form of a check payable to petitioner, Michelle Daniels.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[4]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

|  |  |
|---|---|
| MICHELLE DANIELS,<br><br>    Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>    Respondent. | No. 18-850V<br>Chief Special Master Dorsey<br>ECF |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

### I. Items of Compensation

On May 20, 2019, respondent conceded that entitlement to compensation was appropriate under the terms of the Vaccine Act. Thereafter, on May 21, 2019, Chief Special Master Dorsey issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation for her Guillain-Barré Syndrome ("GBS"). Based upon the evidence of record, respondent proffers that petitioner should be awarded $107,222.40. The award is comprised of the following: $100,000.00 for pain and suffering and $7,222.40 for past, unreimbursed medical expenses. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

### II. Form of the Award

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of **$107,222.40**, in the form of a check payable to petitioner. Petitioner agrees.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

GABRIELLE FIELDING
Assistant Director
Torts Branch, Civil Division

/s/ Mollie D. Gorney
Mollie D. Gorney
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington D.C. 20044-0146
Tel: (202) 616- 4029
mollie.d.gorney@usdoj.gov

Dated:  July 26, 2019